IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TRAVIS DENORRIS ARNOLD,           )
                                  )
                Petitioner,       )
                                  )
          v.                      )     1:14CV604
                                  )
UNITED STATES OF AMERICA,         )
                                  )
                Respondent.       )


## ORDER

On January 7, 2015, the United States Magistrate Judge's
Recommendation was filed and notice was served on Petitioner
pursuant to 28 U.S.C. § 636. Petitioner filed objections (Docs.
5, 7 in 1:14CV604) to the Recommendation. The court has reviewed
Petitioner's objections *de novo* and finds they do not change the
substance of the United States Magistrate Judge's Recommendation
(Doc. 3), which is affirmed and adopted.

IT IS THEREFORE ORDERED that this action is filed and then
DISMISSED *sua sponte* for Petitioner's failure to seek certification
for a second or successive § 2255 motion by filing a Motion for
Authorization in the United States Court of Appeals for the Fourth
Circuit, as required by 28 U.S.C. §§ 2255 and 2244 and Fourth
Circuit Local Rule 22(d). Finding neither a substantial issue for
appeal concerning the denial of a constitutional right affecting

the conviction nor a debatable procedural ruling, a certificate of appealability is DENIED.


                                    ___/s/___Thomas D. Schroeder
                                    United States District Judge


March 9, 2015